PEOPLE *v* CLARK.  Appeal from Genesee, Stewart A. Newblatt, J. Submitted Division 2 January 7, 1972, at Lansing.  (Docket No. 9188.) Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Robert F. Leonard*, Prosecuting Attorney, and *Donald A. Kuebler*, Assistant Prosecuting Attorney, for the people.

*William A. Shaheen, Jr.*, for defendant on appeal.

Before:  LESINSKI, C. J., and McGREGOR and QUINN, JJ.

MEMORANDUM OPINION.  The defendant was convicted on a jury verdict of the illegal sale of a narcotic drug.  MCLA 335.152; MSA 18.1122.

An examination of the record and briefs discloses no reversible error by the trial court whereby defendant's rights were prejudiced.

Affirmed.

---

WHITAKER *v* COURTER.  Appeal from Oakland, William R. Beasley, J.  Submitted Division 2 January 10, 1972, at Detroit.  (Docket No. 10043.) Decided February 18, 1972.

*Kutinsky & Lindeborg*, for plaintiffs.

*Eggenberger, Eggenberger, McKinney & Weber*, for defendant.

Before:  V. J. BRENNAN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION.  Plaintiffs instituted an action to recover for damages resulting from an automobile-bicycle accident; the jury returned a verdict of no cause of action.

An examination of the record and briefs discloses no error depriving plaintiffs of a substantial right.

Affirmed.